No. 01A701. BURNETTE v. UNITED STATES. Application for release, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 01A729. THOMPSON ET AL. v. UNITED STATES. C. A. 3d Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–2300. IN RE DISCIPLINE OF BOBROW. Stuart Joseph Bobrow, of Glenview, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2301. IN RE DISCIPLINE OF LEO. Robert Samuel Leo, of Winchester, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2302. IN RE DISCIPLINE OF GILLILAND. John D. Gilliland, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2303. IN RE DISCIPLINE OF WRIGHT. K. Anthony Wright, of Lubbock, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.